# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case: 2:14-cv-02189-MCE-KJN |
| Plaintiff, | **Order** |
| v. | |
| **Timothy J. Cabral,** in his individual and representative capacity as Trustee—Timothy J. Cabral Trust; **Bertha Yanez**; and Does 1-10, | |
| Defendants | |

Having read the foregoing Notice of Settlement it is hereby ordered that all currently set dates are hereby vacated with the expectation that a Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. In the event no such stipulation is forthcoming, the Court sets a Status Conference in this matter for May 19, 2016 at 2:00 p.m., at which time the parties will be required to show cause as to why this matter should not be dismissed given the above settlement.

IT IS SO ORDERED.

Dated: March 7, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT